Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Flavia Sandoval |
| **Docket Number:** | 1:04CR05185-16 OWW |
| **Offender Address:** | Atwater, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | January 13, 2006 |
| **Original Offense:** | 18 USC 4, Misprision of a Felony<br>(CLASS E FELONY) |
| **Original Sentence:** | 36 months probation, $100 special assessment, $1,000 fine, and mandatory testing |
| **Special Conditions:** | 1) Search and seizure; 2) Not dispose or dissipate assets; 3) Financial disclosure; 4) No incur new credit; 5) Drug and alcohol treatment; 6) Drug and alcohol testing; 7) 180 days electronic monitoring; 8) Co-payment plan; and 9) DNA testing. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 01/13/2006 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Shari L. Greenberger    **Telephone:** (415) 986-5591 |
| **Other Court Action:** | None |

**RE:     SANDOVAL, Flavia**
        **Docket Number:  1:04CR05185-16 OWW**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall complete 150 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees on a sliding scale attendant to participation and placement in this program as determined by the program. Community service shall be completed by September 2007.

**Justification:** On January 13, 2006, the Court sentenced the defendant to 36 months probation, $100 special assessment, $1,000 fine, and mandatory testing for Misprision of a Felony. As a special condition of probation, the defendant was sentenced to 180 days of electronic monitoring. She commenced her sentence on electronic monitoring on May 15, 2006.

The defendant has been employed with Wet Seal, a retail store in Modesto, California, as a district director since February 2004. As a district director, the defendant works between 50 and 60 hours a week and she oversees eight clothing stores within her district. This area includes Visalia, Fresno, Modesto, Sacramento, Roseville, Citrus Heights, Chico, Roseville, and Reno, Nevada. Her position as a district director requires her to travel often and her work schedule is subject to change as needed. Although the defendant has notified this officer of the daily itinerary changes in her schedule, the electronic monitor has been ineffective in monitoring the defendant's whereabouts as her weekly schedule is constantly being modified. Since she commenced electronic monitoring, the defendant has been unable to provide a weekly employment schedule with limited deviations. The defendant was initially scheduled to complete 180 days of electronic monitoring on December 13, 2006; however, due to the ineffectiveness of the monitor, the monitor was removed on September 14, 2006.

**RE:     SANDOVAL, Flavia**
**Docket Number:  1:04CR05185-16 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

This officer has considered many options in this case and finds that the reinstatement of electronic monitoring or a sentence in custody would be counterproductive to the defendant's present life situation.  Despite the issue regarding electronic monitoring, the defendant has been compliant with her conditions of supervision, has fulfilled her financial obligation in this case, and has maintained full-time employment. Therefore, this officer is recommending the Court convert the remaining three months of electronic monitoring to 150 hours of community service to be completed by September 2007.  Considering the defendant's work hours per week, 150 hours of community service appears appropriate. The defendant is in agreement with this course of action and has signed a Waiver of Hearing (attached).  Further, the United States Attorney's office has no objection with this recommendation.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**
Telephone:  559-499-5729


**DATED:**     October 2, 2006
         Fresno, California
         MKD


**REVIEWED BY:**     /s/ Bruce A. Vasquez
              **BRUCE A. VASQUEZ**
              **Supervising United States Probation Officer**

**RE:   SANDOVAL, Flavia**
**Docket Number:  1:04CR05185-16 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   October 5, 2006**                               /s/ Oliver W. Wanger
emm0d6                                                   UNITED STATES DISTRICT JUDGE