PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.     )<br>)<br>**FLAVIA SANDOVAL** )<br>) | **Docket Number: 1:04CR05185-16** |

On January 13, 2008, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision.  It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene DeOrian

**Marlene DeOrian
United States Probation Officer**

Dated:     July 14, 2008
           Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   SANDOVAL, Flavia**
      **Docket Number:   1:04CR05185-16 OWW**
      **ORDER TERMINATING PROBATION**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

 IT IS SO ORDERED.

**Dated:   August 5, 2008**                    _____/s/ Oliver W. Wanger_____
                                               UNITED STATES DISTRICT JUDGE